IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*(Electronically Filed)*

| | |
|---|---|
| TARRA GOODWIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:22-cv-249-DJH |
| | ) |
| FIRSTSOURCE SOLUTIONS USA, LLC. | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

\*\*\* \*\*\* \*\*\*

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant, Firstsource Solutions USA, LLC ("Firstsource" or "Defendant"),[1] by counsel, hereby files this notice to remove an action pending against it in the Jefferson County Circuit Court to the United States District Court for the Western District of Kentucky, Louisville Division. In support of this removal, Defendant states as follows:

### Background

1. Plaintiff, Tarra Goodwin ("Goodwin" or "Plaintiff"), filed this action on or about April 8, 2022, in Jefferson County Circuit Court, said action being designated Civil Case No. 22-CI-001723 (the "State Court Action"). A copy of the Complaint in the State Court Action (the "Complaint"), along with the summons and all other pleadings in the State Court Action, is attached as Exhibit A. The Complaint was the initial pleading setting forth the claim for relief upon which this civil action is based, and no other proceedings have occurred in the State Court Action.

---

[1] Firstsource was incorrectly named in Plaintiff's Complaint as "Firstsource Solutions, LLC."

2. Plaintiff, a former employee of Firstsource, seeks alleged damages in connection with her separation from employment. Plaintiff's Complaint alleges causes of action against Defendant for alleged violations of the Kentucky Civil Rights Act ("KCRA"), Ky. Rev. Stat. Chapter 344, the Family and Medical Leave Act, 29 U.S.C. §§ 2601, *et seq.* ("FMLA"), the Kentucky Wage and Hours Act, Ky. Rev. Stat. Chapter 337, and Ky. Rev. Stat. § 446.070.

3. Plaintiff's Complaint names "Firstsource Solutions, LLC" as the sole Defendant. Defendant Firstsource was served on April 15, 2022.

**Federal Question Jurisdiction**

4. Pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction over Plaintiff's claims brought pursuant to the FMLA, because they arise under federal law. Thus, these claims are removable to this Court under 28 U.S.C. § 1441(a).

5. The remaining state law claims are removable pursuant to 28 U.S.C. § 1441(c). Plaintiff's state law claims all arise from Plaintiff's employment. Accordingly, this Court has supplemental jurisdiction over them pursuant to 28 U.S.C. § 1367.

**Venue**

6. Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a) because the United States District Court for the Western District of Kentucky, Louisville Division, is the federal judicial district embracing the Circuit Court of Jefferson County, Kentucky, in which the State Court Action was originally filed.

**Timely Filing**

7. This Notice of Removal is timely filed in compliance with 28 U.S.C. § 1446(b) because it is filed within 30 days after April 15, 2022, the date on which Defendant Firstsource first received service of the Complaint in the State Court Action.

**Procedural Requirements**

8. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders served upon Defendant in the State Court Action are collectively attached to this Notice as Exhibit A.

9. Pursuant to 28 U.S.C. § 1446(d), Defendant Firstsource has filed this Notice with this Court, is serving a copy of this Notice upon counsel for Plaintiff and is filing a copy of this Notice with the Circuit Court of Jefferson County, Kentucky.

10. In filing this Notice of Removal, Defendants do not waive any defenses available to them in this action. Pursuant to Fed. R. Civ. P. 81(c)(2)(C), Defendants will file their responsive pleading to Plaintiff's Complaint on or before May 11, 2022, which is seven (7) days after the filing of this Notice of Removal.

11. This Notice of Removal has been verified by Megan R. U'Sellis and Chad M. Zimlich, counsel for Defendant Firstsource herein, pursuant to 28 U.S.C. § 1446(a) and Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, Defendant removes this action from the Jefferson County Circuit Court to the United States District Court for the Western District of Kentucky, Louisville Division.

Respectfully submitted,

*/s/Megan R. U'Sellis*
Megan R. U'Sellis
Chad M. Zimlich
FISHER & PHILLIPS LLP
220 West Main Street, Suite 1700
Louisville, Kentucky 40202
Phone: (502) 561-3963
Fax: (502) 561-3963
E-mail: musellis@fisherphillips.com
czimlich@fisherphillips.com

COUNSEL FOR DEFENDANT,
FIRSTSOURCE SOLUTIONS, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this Thursday, the 5th of May 2022, I electronically filed the foregoing *Notice of Removal* with the clerk of the court by using the CM/ECF System, which arranges for electronic service. In addition, a copy has been served via email upon the following:

Robyn Smith
Adam Johnson
LAW OFFICE OF ROBYN SMITH
4350 Brownsboro Road, Suite 110
Louisville, Kentucky 40207
Phone: (502) 893-4569
E-mail: firm@robynsmithlaw.com

COUNSEL FOR PLAINTIFF

*/s/Megan R. U'Sellis*
COUNSEL FOR DEFENDANT

4