IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| TARRA GOODWIN, | ) |
| Plaintiff, | ) ) ) ) |
| v. | )  CIVIL ACTION NO. 3:22-CV-00249-DJH-RSE |
| FIRSTSOURCE SOLUTIONS USA, LLC, | ) ) ) |
| Defendant. | ) |

## DEFENDANT FIRSTSOURCE SOLUTIONS USA, LLC'S
## MOTION FOR PARTIAL SUMMARY JUDGMENT

\*\*\* \*\*\* \*\*\*

Defendant, Firstsource Solutions USA, LLC ("Defendant" or "Firstsource"), by counsel, moves this Court pursuant to FED. R. CIV. P. 56 to dismiss Counts I-IV in Plaintiff's Complaint. The grounds for this Motion are fully set forth in the Memorandum of Law in Support of Defendant's Motion for Partial Summary Judgment, which is being filed contemporaneously with this Motion. A proposed Order is also tendered herewith.

Respectfully submitted this 8th day of November 2023.

Respectfully submitted,

*/s/ Megan R. U'Sellis*
Megan R. U'Sellis
Chad M. Zimlich
FISHER & PHILLIPS LLP
220 West Main Street, Suite 1700
Louisville, Kentucky 40202
Telephone: (502) 561-3963
Facsimile: (502) 561-3963
Email: musellis@fisherphillips.com
czimlich@fisherphillips.com

COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2023, I electronically filed the foregoing ***Defendant Firstsource Solutions USA, LLC's Motion for Partial Summary Judgment*** with the clerk of the court by using the CM/ECF System, which arranges for electronic service to the following:

Robyn Smith, Esq.
4350 Brownsboro Road
Suite 110
Louisville, Kentucky 40207
Telephone: (502) 893-4569
Email: firm@robynsmithlaw.com

COUNSEL FOR PLAINTIFF

*/s/ Megan R. U'Sellis*
COUNSEL FOR DEFENDANT